IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ELONZO HARRY AND MARILYN HARRY                                           PLAINTIFFS

V.                                                              CIVIL ACTION NO.4:04CV207LN

SARAH P. SPRINGER; JUSTIN M.
COBB; LEONARD B. COBB;
LAUDERDALE COUNTY, MISSISSIPPI;
BILLIE SOLLIE, Individually and in his capacity
as Sheriff of Lauderdale County, Mississippi                              DEFENDANTS

## ORDER STAYING DISCOVERY

"The filing of an immunity defense shall stay . . . all discovery not related to the immunity issue pending the Court's ruling on the motion issue, including any appeal."  Uniform Local Rule 16.1 (B)(4)(b).  Defendants Billy Sollie and Lauderdale County filed their Motion for Summary Judgment largely on the basis of absolute quasi-judicial immunity on December 22, 2005.  It is therefore

ORDERED pursuant to Local Rule 16.1(B)(4) that all discovery not related to the immunity issue be stayed.  In accordance with Local Rule 16.1(B)(4)(d), the Plaintiffs in this action must "promptly notify the magistrate judge of a decision on the immunity defense motion and shall submit an Order lifting the stay."

SO ORDERED this the 27th day of December, 2005.

                                                        S/Alfred G. Nicols, Jr.
                                                  UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

/s/ Lee Thaggard
LEE THAGGARD       (MSB# 9442)
BOURDEAUX & JONES, LLP
P. O. Box 2009
Meridian, MS  39302-2009
Telephone:  601-693-2393
COUNSEL FOR DEFENDANTS Sollie
and Lauderdale County