```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  EASTERN DIVISION
```

ELONZO HARRY AND
MARILYN HARRY                                            PLAINTIFFS

v.                                      CIVIL ACTION NO. 4:04CV207LN

SARAH P. SPRINGER; JUSTIN M. COBB;
LEONARD B. COBB; LAUDERDALE COUNTY,
MISSISSIPPI; BILLY SOLLIE, INDIVIDUALLY AND
AS SHERIFF OF LAUDERDALE COUNTY, MISSISSIPPI            DEFENDANTS

## JUDGMENT

For the reasons given in this court's memorandum opinion and order entered in this case on this date and this court's memorandum opinion and order entered in this case on March 24, 2005, it is hereby ordered that this cause is dismissed with prejudice.

SO ORDERED and ADJUDGED this 29th day of March, 2006.

                                   /s/ Tom S. Lee
                                 UNITED STATES DISTRICT JUDGE